ORIGINAL

FILED
08 APR 25 AM 10: 13
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

1  ROBBINS UMEDA & FINK, LLP
   BRIAN J. ROBBINS  (190264)
2  JEFFREY P. FINK  (199291)
   GEORGE C. AGUILAR (126535)
3  ASHLEY R. PALMER (246602)
   610 West Ash Street, Suite 1800
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile:  (619) 525-3991

6  THE WARNER LAW FIRM
   PAUL T. WARNER
7  6363 Woodway, Suite 910
   Houston, TX 77057
8  Telephone: (713) 783-7077
   Facsimile: (713) 583-9196

9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13
   MARKET STREET INVESTMENTS, LLC,  )   Case No. '08 CV 753  H  WMc
14 individually and on behalf of all others  )
   similarly situated,                        )   NOTICE OF PARTY WITH FINANCIAL
15                                            )   INTEREST PURSUANT TO LOCAL RULE
                   Plaintiff,                 )   40.2
16                                            )
         vs.                                  )
17                                            )
   REDDY ICE HOLDINGS, INC., REDDY ICE )
18 CORPORATION, ARCTIC GLACIER         )
   INCOME FUND, ARCTIC GLACIER INC.,   )
19 ARCTIC GLACIER INTERNATIONAL INC. )
   and HOME CITY ICE COMPANY,          )
20                                     )
                   Defendants.          )
21

1  Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the
2  names parties, there is no such interest to report.
3  DATED: April 25, 2008

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
GEORGE C. AGUILAR
ASHLEY R. PALMER

_____
BRIAN J. ROBBINS

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

THE WARNER LAW FIRM
PAUL T. WARNER
6363 Woodway, Suite 910
Houston, TX 77057
Telephone: (713) 783-7077
Facsimile: (713) 583-9196

Attorneys for Plaintiff

336970_1.DOC