JASON C. MURRAY (SBN. 169806)
jcmurray@jonesday.com
ERIC P. ENSON (SBN. 204447)
epenson@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:    (213) 489.3939
Facsimile:    (213) 243.2539
*ATTORNEYS FOR DEFENDANTS ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER, INC., AND ARCTIC GLACIER INTERNATIONAL, INC.*

JAMES R. NELSON
DLA PIPER US LLP
1717 Main Street, Suite 4600
Dallas, TX 75201-4629
Telephone:    214.743-4500
*ATTORNEYS FOR DEFENDANT REDDY ICE HOLDINGS, INC.*

SANFORD M. LITVACK
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
Telephone:    212.918-3000
*ATTORNEYS FOR DEFENDANT HOME CITY ICE CO.*

JEFFREY PAUL FINK (BAR NO. 199291)
ROBBINS UMEDA AND FINK
610 Ash Street, Suite 1800
San Diego, CA  92101
Telephone:    619.525.3990
*ATTORNEYS FOR PLAINTIFF MARKET STREET INVESTMENTS, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKET STREET INVESTMENTS, LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC., AND HOME CITY ICE COMPANY, et. al.,)<br>Defendants. | **CASE NO. 08-CV-00753-H-WMC**<br><br>**JOINT REQUEST TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, STIPULATION WAIVING SERVICE AND REQUEST FOR REASSIGNMENT OR APPOINTMENT** |

1.     WHEREAS the complaint in this action was filed on or about April 25, 2008 ("the Action"); and WHEREAS the Plaintiff has requested that certain Defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure;

2.     WHEREAS various other Plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the Action (together with the Action, the "Related Actions"); and

3.     WHEREAS certain of the Plaintiffs in the Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML"), pending under the JPML docket captioned *In re: Packaged Ice Antitrust Litigation*, MDL Docket No. 1952, seeking an order centralizing the Related Actions in a single federal judicial district for coordinated and consolidated pretrial proceedings.

4.     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or counsel acting on their behalf, that the Defendants' time to answer, move, or otherwise plead in response to the complaint in the Action is extended until the earlier of: (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motions; or (ii) 45 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by the presiding judge, in the event the JPML denies the MDL Motions; provided, however, that, in the event that any undersigned Defendant should agree or be ordered to answer, move or otherwise respond in any other Related Action prior to the above deadlines, then that Defendant shall respond to the Complaint in this Action by that earlier date.

5.     IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or

1   improper venue.  The Defendants expressly reserve their rights to raise any such defenses in

2   response to either the current complaint or any amended complaint that may be filed relating to

3   the Action.

4          6.     IT IS HEREBY FURTHER STIPULATED AND AGREED that Reddy Ice

5   Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic

6   Glacier International Inc. and Home City Ice Company, agree, pursuant to Rule 4 of the Federal

7   Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action

8   only.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise

9   respond to any complaint until the time provided in the preceding paragraphs.

10         7.     PLAINTIFF REQUESTS that this case be reassigned to Judge Janis Sammartino

11  as a case related to Cobblestone Tequesta LLC, dba Tequesta Citgo, Case No. 08-CV-0656,

12  currently pending before Judge Sammartino, along with (1) Universal Hillcrest, LLC v. Reddy

13  Ice, et al., Case No. 08-cv-0775 (WQH); (2) Gaslmap Country Club, LLC v. Reddy Ice, et al.,

14  Case No. 08-cv-0776 (BLM); and (3) 6th & Island Investments, LLC v. Reddy Ice, et al., Case

15  No. 08-cv-752 (JAH).  Defendants do not oppose this request.

16         8.     PLAINTIFF FURTHER REQUESTS that the Court appoint the law firms of

17  Coughlin Stoia Gellar Rudman & Robbins, LLP, Scott + Scott LLP and Robbins Umeda & Fink,

18  LLP as lead counsel in the all actions referred to in Paragraph No. 7.  Defendants take no position

19  as to this request.

20  Dated: May 19, 2008                    JONES DAY
                                           By: /s/ Jason C. Murray
21                                         Attorney for Defendants Arctic Glacier
                                           Income Fund, Arctic Glacier, Inc., and
22                                         Arctic Glacier International, Inc.,

23  Dated: May 19, 2008                    JONES DAY
                                           By: /s/ Jason C. Murray
24                                         Attorney for Defendants Arctic Glacier
                                           Income Fund, Arctic Glacier, Inc., Arctic
25                                         Glacier International, Inc.,

26

27

28

LAI-2950566v1

JOINT REQUEST TO EXTEND TIME TO
ANSWER
CASE NO. 08-CV-00753-H-WMC

1

2    Dated: May 19, 2008                                        HOGAN & HARTSON
                                                                By: /s/ Sanford M. Litvack
3                                                               Attorney for Defendant Home City Ice Co.

4    Dated: May 19, 2008                                        ROBBINS UMEDA AND FINK
                                                                By: /s/ Jeffrey Paul Fink
5                                                               Attorney for Plaintiff Market Street
                                                                Investments, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-2950566v1

JOINT REQUEST TO EXTEND TIME TO
ANSWER
CASE NO. 08-CV-00753-H-WMC

# EXHIBIT A

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Tommy Williams<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.;<br>Arctic Glacier International, Inc.; Reddy Ice<br>Holdings, Inc.; Home City Ice Company | District of<br>Arizona | 2:08-cv-00843 | Roslyn O.<br>Silver |
| **Plaintiff:**<br>Valencia<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International,<br>Inc.; Reddy Ice Holdings, Inc.; Home City Ice<br>Company | District of<br>Kansas | 2:08-cv-2138 | Carlos Murguia |
| **Plaintiff:**<br>Ridge Plaza, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund;<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.;<br>Home City Ice Company | District of<br>Minnesota | 0:08-cv-657 | James M.<br>Rosenbaum |
| **Plaintiff:**<br>Mall Mart, Inc., d/b/a Midway BP<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic<br>Glacier International, Inc.; Reddy Ice Holdings, Inc.;<br>Home City Ice Company | District of<br>Minnesota | 0:08-cv-663 | James M.<br>Rosenbaum |
| **Plaintiff:**<br>The Baron Group, Inc. d/b/a Baron's Ice House<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund;<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.;<br>Home City Ice Company | District of<br>Minnesota | 0:08-cv-670 | James M.<br>Rosenbaum |
| **Plaintiff:**<br>Kozak Enterprises, Inc.<br>**Defendant:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic<br>Glacier International, Inc.; Reddy Ice Holdings, Inc.;<br>Home City Ice Company | District of<br>Minnesota | 0:08-cv-704 | James M.<br>Rosenbaum |
| **Plaintiff:**<br>Solid Waste LTD., Inc., d/b/a Bayland Marina<br>**Defendants**:<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund;<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.;<br>Home City Ice Company | District of<br>Minnesota | 0:08-cv-713 | James M.<br>Rosenbaum |

## EXHIBIT A: Schedule of Actions

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Thrifty Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-777 | James M. Rosenbaum |
| **Plaintiff:**<br>Chukrid Khorchid, d/b/a 7-Eleven<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-809 | James M. Rosenbaum |
| **Plaintiff:**<br>G.M. Food & Fuel, LLC, d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-826 | James M. Rosenbaum |
| **Plaintiff:**<br>Public Foods, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | District of Minnesota | 0:08-cv-862 | James M. Rosenbaum |
| **Plaintiff:**<br>Thomas Beverage Co., Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-863 | James M. Rosenbaum |
| **Plaintiff:**<br>Firdous d/b/a TFS, Inc. a/k/a All Stop #2<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1020 | James M. Rosenbaum |
| **Plaintiff:**<br>Meleen Corp. db/a Meleen Sporstman Store<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1025 | James M. Rosenbaum |

Exhibit A, Page _6_

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Arkansas Garden Center West LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier Inc.; Arctic Glacier Int'l., Inc.; Home City Ice Co. | District of Minnesota | 0:08-cv-01077 | James M. Rosenbaum |
| **Plaintiff:**<br>Ja-Wy, Inc., d/b/a Isle of Palms Red & White<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-01090 | James M. Rosenbaum |
| **Plaintiff:**<br>Kopilenko International Wines & Liquors, Inc.<br>**Defendants**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.: Arctic Glacier Income Fund: Arctic Glacier, Inc.; Arctic Glacier Int'l, Inc. Home City Ice Co. | District of Minnesota | 0:08-cv-01271 | David S. Doty |
| **Plaintiff:**<br>F&V Oil Company Inc, Lansdale Oil Company, Inc., and VB & FS Oil Company<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11152 | Paul D. Borman |
| **Plaintiff:**<br>S&S Lima, Inc., d/b/a Dry Rum Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11182 | Paul D. Borman |
| **Plaintiff:**<br>Silver Springs Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11200 | Paul D. Borman |
| **Plaintiff:**<br>Elite Energy, LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Reddy Ice Holdings, Inc. | Eastern District of Michigan | 2:08-cv-11201 | Paul D. Borman |

Exhibit A, Page 7

## EXHIBIT A: Schedule of Actions

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Melrick, Inc., d/b/a North Main Short Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11204 | Paul D. Borman |
| **Plaintiff:**<br>RSB Wellman, Co. Inc., d/b/a Twig's Carry Out<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11213 | Paul D. Borman |
| **Plaintiff:**<br>Joseph Krainc, d/b/a Joe's Beer Distributor<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11238 | Avern Cohn |
| **Plaintiff:**<br>Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 5:08-cv-11293 | Paul D. Borman |
| **Plaintiff:**<br>Mazel LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11315 | David M. Lawson |
| **Plaintiff:**<br>Y & R's, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11316 | Paul D. Borman |
| **Plaintiff:**<br>Linco Distributing Co. d/b/a Beer Minimum<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11330 | Paul D. Borman |
| **Plaintiff:**<br>823 Sproul, Inc. d/b/a Sproul Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11345 | Paul D. Borman |

Exhibit A, Page _8_

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Blue Ash Service Center, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11387 | Paul D. Borman |
| **Plaintiff:**<br>Higginbotham Oil Company, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11400 | Paul D. Borman |
| **Plaintiffs:**<br>Polly's Food Service, Inc. and Kenco, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11420 | Paul D. Borman |
| **Plaintiff:**<br>Tomino D/B/A Crafton Beverage Center<br>**Defendant:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11438 | Paul D. Borman |
| **Plaintiff:**<br>Springfield Exxon LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11561 | Paul D. Borman |
| **Plaintiff:**<br>Roberta Wooten d/b/a Wooten's One Stop<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11575 | Denise Page Hood |
| **Plaintiff:**<br>GRI, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc. | Eastern District of Michigan | 2:08-cv-11602 | Paul D. Borman |
| **Plaintiff:**<br>Bedros, Inc.<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company; John Does 1 – X | Eastern District of Michigan | 2:08-cv-11782 | Paul D. Borman |

Exhibit A, Page _9_

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>JBZ, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11967 | Sean F. Cox |
| **Plaintiffs:**<br>Alvin's Enterprises, Incorporated d/b/a Party King, Suzie's Investments, Inc. d/b/a Checker Drugs and Food and BC&D Enterprises, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International, Inc., Home City Ice Company, Inc. | Eastern District of Michigan | 2_08-cv-12048 | Victoria A. Roberts |
| **Plaintiff:**<br>James Taylor and Wayne Sydor<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Wisconsin | 2:08-cv-400 | Rudolph T. Randa |
| **Plaintiff:**<br>Marcellino E. Bryant and Patrick Reeners<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company; | Middle District of Tennessee | 3:08-cv-458 | Thomas Wiseman |
| **Plaintiff:**<br>Marin Scotty's Market, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-1486 | Maxine M. Chesney |
| **Plaintiff:**<br>Karen Davis<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-1937 | Bernard Zimmerman |
| **Plaintiff:**<br>Dennis Patrick<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-02368 | James Larson |
| **Plaintiff:**<br>Chi-Mar Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-657 | Kathleen M. O'Malley |

**Exhibit A, Page** 10

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Fu-Wah Mini Market<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-666 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Warrington Fuels, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Funds: Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-692 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Marchbank's Travel Service Inc., d/b/a Bear Mountain Travel Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-695 | James S. Gwin |
| **Plaintiff:**<br>Juniata Mobil<br>**Defendants:**<br>Reddy Ice Holdings, Inc., Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company | Northern District of Ohio | 1:08-cv-859 | Donald C. Nugent |
| **Plaintiff:**<br>Five Angels Management, d/b/a Frank A. Smith Beverages<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-480 | Jorge A. Solis |
| **Plaintiff:**<br>Massino<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-496 | Sidney A. Fitzwater |
| **Plaintiff:**<br>Blasingame<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-498 | Jane J. Boyle |
| **Plaintiff:**<br>Emmanuel d/b/a 7-11 25452<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-507 | Ed Kinkeade |

**Exhibit A, Page 11**

## EXHIBIT A: Schedule of Actions

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>DiFabritiis 7-11 Food Store #24428<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | Northern District of Texas | 3:08-cv-512 | Sidney A. Fitzwater |
| **Plaintiff:**<br>Rick Drontle d/b/a Ponytail Catering<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-536 | Jane J. Boyle |
| **Plaintiff:**<br>Wilson Farms, Inc.<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-537 | Jane J. Boyle |
| **Plaintiff:**<br>Mount Pocono Campground Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-563 | Ed Kinkeade |
| **Plaintiff:**<br>Charlie Holland Motors, Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-576 | A. Joe Fish |
| **Plaintiff:**<br>The Lanesville Food Mart Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-607 | Jorge A. Solis |
| **Plaintiff:**<br>Nirgundas Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-709 | Jorge A. Solis |
| **Plaintiff:**<br>Shree Narayandas Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-710 | Jorge A. Solis |

Exhibit A, Page 12

## EXHIBIT A: Schedule of Actions

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Radha, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-711 | Barbara M.G. Lynn |
| **Plaintiff:**<br>Barranco-Grams<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Arctic Glacier California, Inc., Home City Ice Company, Does 1 – 100 | Southern District of California | 08-cv-539 | Dana M. Sabraw |
| **Plaintiff:**<br>Cobblestone Tequesta LLC d/b/a Tequesta Citgo<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | Southern District of California | 08-cv-656 | Janis L. Sammartino |
| **Plaintiff:**<br>6th & Island Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-752 | John A. Houston |
| **Plaintiff:**<br>Market Street Investments LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-753 | Marilyn L. Huff |
| **Plaintiff:**<br>Universal Hillcrest LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-775 | William Q. Hayes |
| **Plaintiff:**<br>Gaslamp Country Club<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Southern District of California | 08-cv-776 | Larry Allen Burns |
| **Plaintiff:**<br>Gil<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc. | Southern District of Florida | 1:08-cv-21089 | Patricia A. Seitz |

Exhibit A, Page 13

**PROOF OF SERVICE**

I, Sharlys T. Williams, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California  90071.

On May 19, 2008, I caused to be served a copy of the within document(s): **JOINT REQUEST TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, STIPULATION WAIVING SERVICE AND REQUEST FOR REASSIGNMENT OR APPOINTMENT**

| | |
|---|---|
| ☒ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| ☒ | by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LAI-2950720v1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2008, at Los Angeles, California.

Sharlys T. Williams

1

SERVICE LIST

2     **James Nelson, Esq.**                          **Attorneys for Defendant**
      DLA PIPER US LLP                           **Reddy Ice Holdings, Inc.**
3     1717 M Street
      Suite 4600
4     Dallas, TX  75201-4629
      Jr.Nelson@dlapiper.com
5
      Tel:    214.743.4500
6     Fax:    214.743.4545

7
      **Sandford M. Litvack, Esq.**
8     HOGAN & HARTSON                            Attorneys for Defendant
      875 Third Avenue                           Home City Ice Company.
9     New York, NY  10022
      SLitvack@hhlaw.com
10
      Tel:    212.918.3000
11    Fax:    212.918.3100

12
      **Jeffrey P. Fink, Esq.**                       Attorneys for Plaintiffs Universal Hillcrest, LLC;
13    ROBBINS UMEDA AND FINK                     Gaslamp Country Club, LLC; Market Street
      610 Ash Street                             Investments, LLC; and 6th & Island Investments,
14    Suite 1800                                 LLC
      San Diego, CA  92101
15    fink@rulaw.com

16    Tel:    619.525.3990
      Fax:    619.525.3991
17

18

19

20

21

22

23

24

25

26

27

28