# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Market Street Investments, LLC | vs | Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier Inc., et al | No. | 08-CV-753 |
|---|---|---|---|---|
| Hon. | N/A | Deputy Clerk   N/A | Court Reporter | N/A |

It is hereby ordered that Marilyn L. Huff hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: **NAPOLEON A. JONES JR.**

New Case #: 08 CV 753 J {WMC}

**Please forward judge's court file to new assigned judge.**

Date: May 20, 2008              Deputy: *TM*