# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKET STREET INVESTMENTS, LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>REDDY ICE HOLDINGS, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 08cv00753 BTM(WMc)<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME AND DENYING REQUEST FOR REASSIGNMENT OR APPOINTMENT** |

　　　　The Court **GRANTS** the parties' joint motion to extend Defendants' time to respond to the Complaint. Defendants' time to answer, move, or otherwise plead in response to the Complaint is extended until the earlier of: (1) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motions; or (2) 45 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by the presiding judge, in the event that the JPML denies the MDL Motions; provided, however, that, in the event that any Defendant should agree or be ordered to answer, move or otherwise respond in any other Related Action prior to the above deadlines, then that Defendant shall respond to the Complaint in this Action by that earlier date.

　　　　Plaintiff's request that this case be reassigned to Judge Janis Sammartino is **DENIED**.

Plaintiff's request that the Court appoint the law firms of Coughlin Stoia Gellar Rudman & Robbins, LLP, Scott + Scott LLP and Robbins Umeda & Fink, LLP as lead counsel in all of the actions referred to in Paragraph 7 of the joint request is **DENIED WITHOUT PREJUDICE**. Plaintiff should bring a properly noticed motion for appointment of lead plaintiff and lead counsel in the various actions.

**IT IS SO ORDERED.**

DATED:  May 28, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge