

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

08cv 0753-BTM(WMC)

IN RE: PACKAGED ICE ANTITRUST LITIGATION               MDL No. 1952

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By  *Andrea Teets*
    Deputy

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST LITIGATION									MDL No. 1952

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

### CALIFORNIA NORTHERN
CAN  3   08-1937         Karen Davis v. Reddy Ice Holdings, Inc., et al.
CAN  3   08-2369         Dennis Patrick v. Reddy Ice Holdings, Inc., et al.

### CALIFORNIA SOUTHERN
CAS  3   08-656          Cobblestone Tequesta, LLC, etc. v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-752          6th & Island Investments, LLC v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-753          Market Street Investments, LLC v. Reddy Ice Holding, Inc., et al.
CAS  3   08-775          Universal Hillcrest, LLC v. Reddy Ice Holdings, Inc., et al.
CAS  3   08-776          Gaslamp Country Club, LLC v. Reddy Ice Holdings, Inc., et al.

### FLORIDA SOUTHERN
FLS  1   08-21089        Jennin Gil v. Arctic Glacier Income Fund, et al.

### MINNESOTA
MN   0   08-1020         Tahira Firdous, etc. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1025         Meleen Corp., etc. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1077         Arkansas Garden Center West LLC, et al. v. Reddy Ice Holdings, Inc., et al.
MN   0   08-1090         JA-WY, Inc., etc. v. Reddy Ice Holdings, Inc., et al.

### OHIO NORTHERN
OHN  1   08-859          Juniata Mobil v. Reddy Ice Holdings, Inc., et al.

### TEXAS NORTHERN
TXN  3   08-563          Mount Pocono Campground, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-576          Charlie Holland Motors, Inc. v. Arctic Glacier Income Fund, et al.
TXN  3   08-607          The Lanesville Food Mart, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-709          Nirgundas, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-710          Shree Narayandas, Inc. v. Reddy Ice Holdings, Inc., et al.
TXN  3   08-711          Radha, Inc. v. Reddy Ice Holdings, Inc., et al.